MINUTE ENTRY
MORGAN, J.
JULY 24, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WOODY NORA | CIVIL ACTION |
| VERSUS | NO. 25-1015 |
| M & A TRANSPORT, INC., ET AL. | SECTION "E" (3) |

JUDGE SUSIE MORGAN, PRESIDING

**MONDAY, AUGUST 4, 2025 (3:08 p.m. – 3:24 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Jennifer D.S. Limjuco |
| COURT REPORTER: | Alexis Vice |
| APPEARANCES: | Eric A. Wright and Laci N. Hamilton for the Plaintiff |
| | Nicholas O. Zotti for defendant M & A Transport, Inc. |
| | Erika M. Cunningham for defendant West UA Transport, Inc. |

**SHOW CAUSE HEARING (Rec. Doc. 65)**

Preliminary remarks made by the Court.

Ms. Hamilton was sworn in and addressed the Court in response to the show cause order.

The Court found that Ms. Hamilton failed to comply with Federal Rules of Civil Procedure 11(b)(2) & (3), ordering that Ms. Hamilton be personally sanctioned in the amount of $1,000.00. This sanction is to be paid personally, and not by the client or the firm, no later than September 30, 2025. Ms. Hamilton is to attend 1 hour of Continuing Legal Education regarding Generative A.I. no later than December 31, 2025. The Court is referring Ms. Hamilton to this Court's disciplinary process in accordance with our rules for lawyer disciplinary enforcement.

The Court will issue a separate order.

Court recessed.

JS-10: 00:16